UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18cr4956-JLS |
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JUAN MANUEL RAMOS, JR. (1), | |
| Defendant. | |

WHEREAS, in the Second Superseding Indictment returned in this case, the United States sought forfeiture of all firearms and ammunition involved in the commission of the offenses, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to the terms of the Plea Agreement between the parties, Defendant JUAN MANUEL RAMOS, JR. (1) ("Defendant) consented to the forfeiture of all properties seized in connection with this case, including but not limited to, all firearms and ammunition involved in the commission of the offenses set forth in Counts 3 and 5 of the Second Superseding Indictment, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), which were involved in the violation of 18 U.S.C. § 924(c); and

WHEREAS, on or about December 1, 2021, Defendant pled guilty before Magistrate Judge Karen S. Crawford to Counts 2, 3, 4, 5, 6, and 8 of the Second Superseding Indictment, which pleas included consent to forfeiture of all properties seized in connection with this case, including all firearms and ammunition involved in the offenses of

conviction, including forfeiture of the following: a 1911 style .45 caliber handgun, .38 revolver; and ammunition; and

WHEREAS, on December 16, 2021, this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement, the United States has established the requisite nexus between the 1911 style .45 caliber handgun, .38 revolver; and ammunition, and the offenses of conviction; and

WHEREAS, by virtue of Defendant's factual admissions and guilty pleas to Counts 2, 3, 4, 5, 6, and 8 of the Second Superseding Indictment, the 1911 style .45 caliber handgun, .38 revolver; and ammunition are hereby ordered forfeited to the United States, and it is now entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the following properties which are hereby found forfeitable by the Court, namely: a 1911 style .45 caliber handgun, .38 revolver; and ammunition; and

WHEREAS, the United States, having submitted the Order herein to Defendant through his attorney of record to review, and no objections having been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the factual admissions of Defendant and his guilty pleas to Counts 2, 3, 4, 5, 6, and 8 of the Second Superseding Indictment, the United States is hereby authorized to take custody and control of the following properties, and the Defendant has hereby forfeited to the United States all of his right, title, and interest to said properties pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n): the 1911 style .45 caliber handgun, .38 revolver; and ammunition.

2. The 1911 style .45 caliber handgun, .38 revolver; and ammunition are currently in the custody of the Chula Vista Police Department ("CVPD"), are to be held by

//

CVPD in its secure custody and control, and will be disposed of by CVPD at the conclusion of this matter, according to law.

    3.    Pursuant to Rule 32.2(b)(4), this Order of Criminal Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

Dated: March 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge